IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PMG INTERNATIONAL, LTD., | § | |
| *Plaintiff,* | § | SA-20-CV-00142-FB |
| vs. | § | |
| TRAVELERS INDEMNITY COMPANY OF AMERICA, | § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff PMG International, Ltd.'s Verified Unopposed Motion to Abate [#8]. By its motion, Plaintiff PMG International, Ltd. ("PMG") informs the Court that it sent a letter to Defendant Travelers Indemnity Company of America ("Travelers") on December 12, 2019 invoking appraisal of the underlying insurance claim. PMG asks the Court to abate this suit pending the outcome of the appraisal process. Travelers is not opposed to abatement. The Court is of the opinion the motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff PMG International, Ltd.'s Verified Unopposed Motion to Abate [#8] is **GRANTED**.

**IT IS FURTHER ORDERED** that this lawsuit is **ABATED** until further order of the Court. The parties are directed to file quarterly status updates with the Court on the appraisal process, with the first report due on **June 10, 2020**.

SIGNED this 12th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE